IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

High 5 Sportswear, Inc.,

    Plaintiff,

v.                                          Case No. 3:15-cv-00401

High 5 Gear, Inc.,                    Judge Thomas M. Rose

    Defendant.

**AFFIDAVIT OF JOSEPH A. KROMHOLZ IN SUPPORT OF DEFENDANT H5G, LLC'S MOTION FOR SUBSTITUTION OF TRIAL ATTORNEY**

    Joseph A. Kromholz, declares under penalty of perjury that the following is true and correct:

    1.    I am an adult resident of the State of Wisconsin and make this Declaration based upon my personal knowledge.

    2.    I am an attorney and shareholder of Ryan Kromholz & Manion, S.C., which represents the Defendant H5G, LLC ("H5G") in its intellectual property matters.

    3.    A complaint was filed against H5G on 6 November 2015 by Plaintiff, High 5 Sportswear, Inc., in the United States District Court for the Southern District of Ohio.

    4.    I am an attorney admitted to practice in the State of Wisconsin, and am in good standing with the Wisconsin Supreme Court. I am not permanently admitted to practice in Ohio.

**EXHIBIT A**

5. As this action was filed in Ohio, I consulted with Attorney Kevin Norchi of Norchi Forbes LLC, to act as local counsel in Ohio.

6. H5G has retained Attorney Kevin Norchi to represent it in the present matter as local counsel in Ohio.

7. On 27 January 2016, I was admitted pro hac vice to represent H5G in the present action.

8. The present action is a trademark infringement action.

9. I possess the requisite legal knowledge and skill in the area of intellectual property law, to include trademark infringement, which proper representation in this action requires.

10. As directed in Ohio Rules of Professional Conduct 1.1, Comment [7], I have consulted with Attorney Kevin Norchi regarding the scope of our respective representation of Defendant H5G in this matter, and proper allocation of responsibility considering the interests of H5G requires that I act as the Trial Attorney in this case, based on my legal knowledge and skill in the area of intellectual property law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of February, 2016.

By: /s/ Joseph A. Kromholz

Joseph A. Kromholz