UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| HIGH 5 SPORTSWEAR, INC., | : | Case No. 3:15-cv-401 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| H5G, LLC, | : | |
| Defendant/Third-Party Plaintiff, | : | |
| v. | : | |
| SELECTIVE INSURANCE COMPANY OF AMERICA, | : | |
| | : | |
| Third-Party Defendant. | | |

_____

**ENTRY AND ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL (DOC. 34)**
_____

This case is before the Court on the Joint Motion for Leave to File Document under Seal (Doc. 34), by which the parties seek permission for Plaintiff to file under seal its response to H5G, LLC's pending Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 9). The parties submit that Plaintiff's response will contain confidential information regarding H5G's business, including information about its revenues and sales to Ohio residents. The Court, being fully advised and for good cause shown, **GRANTS** the parties' Joint Motion for Leave to File Document under Seal (Doc. 34).

**DONE** and **ORDERED** in Dayton, Ohio, this Friday, June 3, 2016.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE