# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| HIGH 5 SPORTSWEAR, INC., | : | Case No. 3:15-cv-00401 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| HIGH 5 GEAR, INC., | : | |
| Defendant/Third-Party Plaintiff, | : | |
| v. | : | |
| SELECTIVE INSURANCE COMPANY OF AMERICA, | : | |
| | : | |
| Third-Party Defendant. | : | |

___

**ORDER TO SHOW CAUSE WHY THE COURT'S ORDER (DOC. 39) DENYING DEFENDANT H5G, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION SHOULD NOT BE UNSEALED**
___

On August 3, 2016, the Court filed under seal its Entry and Order Denying Defendant H5G, LLC's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or in the Alternative to Transfer Venue (the "Order") (Doc. 39).  The Court filed the Order under seal because it contained information provided in Plaintiff's Opposition to Defendant's Motion to Dismiss or Transfer (Doc. 36), which the Court permitted to be filed under seal on the grounds that it contained confidential information regarding H5G, LLC's business.  (Doc. 35.)  Upon review, the Court does not believe that its Order (Doc. 39) contains information that should be sealed under the standard for sealing court records from public view, as most recently set forth by the Sixth Circuit in *Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, No. 15-1544,

2016 WL 3163073, at *4 (6th Cir. June 7, 2016).  As a result, the Court hereby **ORDERS** the parties to show cause why the Order (Doc. 39) should not be unsealed by no later than August 10, 2016.  Responses should not exceed five pages.  If the Court does not receive any response by August 10, 2016, then its Order (Doc. 39) will be unsealed by the Clerk.

    **DONE** and **ORDERED** in Dayton, Ohio, this Thursday, August 4, 2016.

                                                       s/Thomas M. Rose

                                         THOMAS M. ROSE
                                UNITED STATES DISTRICT JUDGE